AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Olson, John K. | Florida Southern - Bankruptcy | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US Courthouse
299 E Broward Blvd.
Ft. Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Greenspoon Marder PA - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Business Law Section, The Florida Bar | Jan 21-22 | Kissimmee, FL | Section Meeting | Transportation, meals, room |
| 2. | American Bankruptcy Institute | Feb 5-7 | Grand Cayman, CI | Insolvency Institute | Transportation, meals, room |
| 3. | Litigation Section, American Bar Association | Feb 13-14 | Miami, FL | CLE program | Transportation, meals, room |
| 4. | Business Law Section, The Florida Bar | Mar 25-29 | Venice, Italy | Section Meeting | Transportation, meals, room |
| 5. | American Bar Association, Business Law Section | Apr 15-19 | San Francisco, CA | Section Spring Meeing | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

| # | | Date | Location | Event | Expenses |
|---|---|---|---|---|---|
| 6. | Bankruptcy Bar Association, Southern District of Florida | May 8-10 | Bonita Springs, FL | Annual Retreat, CLE | Transportation, meals, room |
| 7. | Business Law Section, The Florida Bar | Jun 24-27 | Boca Raton, FL | Annual Meeting | Transportation, meals, room |
| 8. | American Bar Association, Business Law Section | Sept 17-19 | Chicago, IL | Annual meeting | Transportation, meals, room |
| 9. | American Bar Association, Business Law Section | Oct 26-30 | Miami Beach, FL | Fall Meeting Business Bankruptcy Committee | Transportation, meals (partial), room (partial) |
| 10. | National Conference of Bankruptcy Judges | Oct 26-30 | Miami Beach, FL | Annual Meeting | Meals (partial), room (partial) |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Raymond James Brokerage account cash balance | A | Interest | J | T | | | | | |
| 2. | - First Eagle Global Fund | A | Int./Div. | L | T | Sold (part) | 10/15/15 | K | D | |
| 3. | - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 4. | - Thornburg Limited Term Income Fund | A | Interest | K | T | | | | | |
| 5. | - RJ Bank | A | Interest | J | T | | | | | |
| 6. | - Dreyfus Strategic Value Fund | A | Int./Div. | K | T | | | | | |
| 7. | First Eagle Fund of America | A | Int./Div. | M | T | | | | | |
| 8. | - PIMCO Short Term Fund | A | Int./Div. | K | T | | | | | |
| 9. | - PIMCO Unconstrained Bond Fund | B | Int./Div. | K | T | | | | | |
| 10. | - Thornburg Limited Term US Government Fund | A | Interest | K | T | | | | | |
| 11. | - Thornburg Investment Income Builder Fund | C | Int./Div. | L | T | | | | | |
| 12. | - Raymond James Bank cash balance | A | Interest | J | T | | | | | |
| 13. | Deutsche Global Infrastructure Fund | A | Int./Div. | K | T | | | | | |
| 14. | - Eagle (fka Heritage) Municipal Cash Trust | A | Interest | J | T | | | | | |
| 15. | Phoenix Ventures, Inc. common | | None | J | U | | | | | |
| 16. | Invesco American Franchise Fund B | A | Int./Div. | J | T | | | | | |
| 17. | Invesco American Franchise Fund A | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Global Core Equity Fund | A | Int./Div. | K | T | | | | | |
| 19. Retirement Account #4011 | | | | | | | | | |
| 20. - AQR Multi Strategy Alt Fund | A | Int./Div. | K | T | | | | | |
| 21. - BBH Core Select Fund | A | Int./Div. | K | T | | | | | |
| 22. - Dghm All Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 23. - Etracs Alerian Mlp Etn | B | Int./Div. | K | T | | | | | |
| 24. - Federated Strategic Val Div Is | B | Int./Div. | K | T | | | | | |
| 25. - FPA Crescent Fund | A | Int./Div. | K | T | | | | | |
| 26. - PIMCO Commodity RR Strategic Fund | A | Int./Div. | J | T | | | | | |
| 27. - Riverpark/Wedgewood-Ins | A | Int./Div. | K | T | | | | | |
| 28. - Schwab Fundamental US Large Co Index | B | Int./Div. | L | T | | | | | |
| 29. - TFS Market Neutral Fund | A | Int./Div. | J | T | | | | | |
| 30. - Vaughan Nelson Value Opp-Y | A | Int./Div. | K | T | | | | | |
| 31. - Johcm International Sel-I | A | Int./Div. | K | T | | | | | |
| 32. - Avenue Credit Strategies Fund | B | Int./Div. | K | T | | | | | |
| 33. - JP Morgan Core Bond Fund | A | Interest | J | T | | | | | |
| 34. - Natixis Loomis Sayles Investment Grad Bond Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Osterweis Strategic Income Fund | B | Interest | K | T | | | | | |
| 36. - PIMCO All Asset All Authority Fund | B | Interest | K | T | | | | | |
| 37. - Templeton Global Bond Fund | A | Interest | J | T | | | | | |
| 38. Family Limited Partnership - F | | | | | | | | | |
| 39. - Energy Income & Growth Fund | A | Int./Div. | J | T | | | | | |
| 40. - Eaton Vance Tax Adv Global Div Oppty Fund | A | Int./Div. | J | T | | | | | |
| 41. - Ishares Inc Australia Index Fund | A | Int./Div. | J | T | | | | | |
| 42. - Ishares Inc Global Telecomm Sector Index Fund | A | Int./Div. | J | T | | | | | |
| 43. - Ishares Inc CDA Index Fund | A | Int./Div. | J | T | | | | | |
| 44. - Market Vectors Trust Agribusiness EFT | A | Int./Div. | J | T | | | | | |
| 45. - SPDR Sector SBI Energy Fund | A | Int./Div. | J | T | | | | | |
| 46. - SPDR Sector Series Tr S&P Oil & Gas Equipt & Svcs ETF | A | Int./Div. | J | T | | | | | |
| 47. - SPDR Series Tr S&P Metals & Mining | A | Int./Div. | J | T | | | | | |
| 48. - Vanguard Div Apprec ETF | A | Int./Div. | J | T | | | | | |
| 49. - Nuveen Select Maturities Muni Fund | A | Interest | J | T | | | | | |
| 50. - Vanguard Short Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 51. - UBS CashFund Inc. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T | A | Int./Div. | J | T | | | | | |
| 53. - ADP | A | Int./Div. | J | T | | | | | |
| 54. - BR | A | Int./Div. | J | T | | | | | |
| 55. - EXBO | A | Int./Div. | J | T | | | | | |
| 56. - ECA | A | Int./Div. | J | T | | | | | |
| 57. - INFY | A | Int./Div. | J | T | | | | | |
| 58. - SAYCY | A | Int./Div. | J | T | | | | | |
| 59. - SLB | A | Int./Div. | J | T | | | | | |
| 60. - SBCF | A | Int./Div. | J | T | | | | | |
| 61. - WIT | A | Int./Div. | J | T | | | | | |
| 62. - GCH | A | Int./Div. | J | T | | | | | |
| 63. - EFA | A | Int./Div. | J | T | | | | | |
| 64. - EEM | A | Int./Div. | J | T | | | | | |
| 65. - CVTCX | A | Int./Div. | J | T | | | | | |
| 66. - VEECX | A | Int./Div. | J | T | | | | | |
| 67. - TEGBX | A | Interest | J | T | | | | | |
| 68. - PTTCX | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - GYB | A | Int./Div. | J | T | | | | | |
| 70.   - FESGX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Olson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544